THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEEANN RABEL,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICAL CENTER, a state agency,<br><br>    Defendant. | Case No. 2:23-cv-00083 JLR   **JLR**<br><br>[~~PROPOSED~~] ORDER TO EXTEND COURT DEADLINES |

THIS MATTER came before the Court of the parties' Stipulated Motion to Extend Court Deadlines pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT the motion is GRANTED, and the deadlines are extended as follows:

- Defendant's Answer:    March 20, 2023
- Deadline for FRCP 26(f) Conference:    March 30, 2023
- Initial Disclosures Pursuant to FRCP 26(a)(1):    April 13, 2023
- Combined Joint Status Report and Discovery Plan:    April 20, 2023

///

///

///

[~~PROPOSED~~] ORDER TO EXTEND COURT DEADLINES - 1

SO ORDERED this 27th day of February, 2023.

_____
HONORABLE JAMES L. ROBART

Presented by:

| ARNOLD & JACOBOWITZ PLLC | STOEL RIVES LLP |
|---|---|
| *s/ Nathan J. Arnold (via email authorization)*<br>Nathan J. Arnold, WSBA No. 45356<br>8201 164th Avenue NE, Suite 200<br>Redmond, WA 98052<br>Telephone: 206-799-4221<br>Nathan@CAJlawyers.com<br><br>*Attorney for Plaintiff* | *s/ Jacqueline Middleton*<br>Timothy J. O'Connell, WSBA No. 15372<br>Jacqueline Middleton, WSBA No. 52636<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206-624-0900<br>tim.oconnell@stoel.com<br>jacqueline.middleton@stoel.com<br><br>*Attorneys for Defendant University of Washington* |

[~~PROPOSED~~] ORDER TO EXTEND COURT DEADLINES - 2