UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEEANN RABEL,<br><br>                     Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF WASHINGTON MEDICAL CENTER,<br><br>                     Defendant. | CASE NO. C23-0083JLR<br><br>ORDER |

Before the court is the parties' stipulated motion to modify the court's scheduling order. (Stip. Mot. (Dkt. # 26).) For the reasons stated below, the court GRANTS in part and DENIES in part the motion.

The court entered its scheduling order in this case on April 27, 2023. (Sched. Order (Dkt. # 14).) Trial is currently set for August 26, 2024. (*Id.* at 1.)

In support of their stipulated motion, the parties represent that they "need additional time to resolve [discovery] disputes and conduct the additional discovery

ORDER - 1

necessary to prepare this case for trial." (Stip. Mot. ¶ 6.)  They "agree[] that a 60-day extension of all deadlines in this matter as well as the trial date will give the needed time to resolve discovery disputes" and prepare for trial.  (*Id.* ¶ 7.)  The parties propose a new trial date of October 28, 2024.  (*Id.* ¶ 11.)

The court GRANTS the parties' request for a 60-day extension of all unexpired deadlines.  The court is unable to accommodate the requested October 28, 2024 trial date, however.  That request is DENIED.  The court will issue a renewed scheduling order extending all unexpired deadlines by 60 days and setting a new trial date.  The court does not punish parties who comply with their pre-trial schedule by compromising existing trial dates.  This matter will be assigned a new trial date during the period the court is currently setting trials.

Dated this 26th day of February, 2024.

JAMES L. ROBART
United States District Judge