UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEEANN RABEL, | CASE NO. C23-0083JLR |
| Plaintiff, | ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON MEDICAL CENTER, | |
| Defendant. | |

Before the court is Defendant University of Washington Medical Center's ("UWMC") motion to extend the deadline to complete discovery. (Mot. (Dkt. # 29).) Plaintiff LeeAnn Rabel "agrees to this motion." (*Id.* at 1.) UWMC represents that the parties need additional time to complete lay and expert witness depositions. (*Id.* at 1-2.)

The court will alter its scheduling order only upon a showing of good cause, and the "failure to complete discovery within the time allowed is not recognized as good cause." (2/29/24 Sched. Order (Dkt. # 28) at 2.) The court notes that it has already

ORDER - 1

1  granted a 60-day extension of all deadlines in this matter.  (*See generally* 2/26/24 Order
2  (Dkt. # 27).)  The court would be well within its discretion to deny UWMC's motion.
3     Nevertheless, the court GRANTS UWMC's motion to extend the discovery cutoff
4  deadline to September 20, 2024 (Dkt. # 29).  In addition, the court extends the deadline
5  for dispositive motions and motions challenging expert witness testimony to October 18,
6  2024.  All other deadlines in the court's February 29, 2024 order remain unchanged.  (*See*
7  *generally* 2/29/24 Sched. Order.)  The parties are warned that the the court will not grant
8  any further extensions of deadlines in this matter absent extraordinary circumstances.
9     Dated this 25th day of June, 2024.

JAMES L. ROBART
United States District Judge