UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEEANN RABEL, | CASE NO. C23-0083JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON MEDICAL CENTER, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On February 29, 2024, the court entered an order setting the trial and pretrial deadlines in this case. (2/29/24 Min. Ord. (Dkt. # 28).) Trial is set for February 24, 2025, and a pretrial conference is set for February 10, 2025. (*Id.*) Motions *in limine*, if any, must be filed by January 13, 2025. (*Id.*)

//

MINUTE ORDER - 1

1  The court ORDERS the parties to file their responses to the opposing party's
2  motions *in limine*, if any, by no later than **January 28, 2025**.
3  Filed and entered this 20th day of December, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2